## Fred Whitaker Company, Appellant, *v.* Philadelphia Tax Review Board.

Argued November 12, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Paul W. Lunkenheimer,* with him *Schumacker and Lunkenheimer,* for appellant.

*Levy Anderson,* First Deputy City Solicitor, with him *Edward G. Bauer, Jr.,* City Solicitor, for board, appellee.

OPINION PER CURIAM, March 20, 1970:
Order affirmed.